**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Ryan Duane DENT, a/k/a Little Man, a/k/a Man Dingo, a/k/a Dingo, Defendant–Appellant.**

No. 15–7041.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 27, 2015.

Decided: Sept. 1, 2015.

Ryan Duane Dent, Appellant Pro Se. Grayson A. Hoffman, Assistant United States Attorney, Harrisonburg, Virginia, for Appellee.

Before GREGORY, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ryan Duane Dent appeals the district court's order denying his motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Dent,* No. 5:09–cr–00016–GEC–1 (W.D.Va. June 15, 2015). We deny Dent's motion for counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*